IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 0 9 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SUBSEA INSTALLATION TEAM, INC. and MICHAEL ARNING §§§§§ | |
| Plaintiffs, | |
| VS. | CIVIL ACTION NO. H-03-4971 |
| MILFORD LAY, JR. and GREGORY J. LANDRY | |
| Defendants. | |

### ORDER

IT IS ORDERED that Defendants, Milford Lay, Jr. and Gregory J. Landry, be and the same are hereby granted leave of court to substitute the attached Declarations, bearing original signatures of Declarants, for the fax copies previously filed in support of the Motion by Defendants to Dismiss Under Rule 12(b)(2) and (3).

Signed: January 4, 2003

_____
UNITED STATES DISTRICT JUDGE

442237.1