IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SUBSEA INSTALLATION TEAM INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H- 03-4971 |
| MILFORD LAY, JR., *et al.*, | § § § | |
| Defendants. | § | |

## NOTICE AND ORDER RESCHEDULING CONFERENCE

It is so ORDERED that the pretrial conference in this case has been **reset** to the place, date and time set forth below:

Date:      **February 20, 2004**

Time:      **10:00 a.m.**

Place:     The United States Courthouse
           515 Rusk, **Courtroom 9F, 9th floor**

SIGNED at Houston, Texas, this 27th day of January, 2004.

NANCY F. ATLAS

UNITED STATES DISTRICT JUDGE

Shelia Ashabranner, Case Manager: 713-250-5407
e-mail: *Shelia_Ashabranner@txs.uscourts.gov*

P:\SHELIA\NOTICE ORD CIV.wpd   040127.1305